John E. Kull, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Sam L. Ogan, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Marilynn Louise Payne has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Payne has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee

v.

Jorge VELIZ, Jr., Defendant–Appellant.

No. 07–11226.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2008.

Christopher R. Wolfe, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Ricardo De Los Santos, Law Office of Ricardo De Los Santos, Cleburne, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jorge Veliz, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Veliz has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

